

PROVIDED TO
SANTA ROSA CI ON

MAR 04 2025

FOR MAILING BY RCP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

*Ricardo Concepcion-Padilla*

Inmate ID Number: _Y16046_,

*(Write your full name and inmate ID number.)*

**v.**

*LT. ARMSTRONG,*
*RUBEN MORILLO,*
*OFFICER, Sylvester,*
*(APRN) VIRGINIA Cockey,*

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Case No.:** _5:25 CV 56-TKW-MJF_
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES   ☐ NO

FILED USDC FLND PN
MAR 6 '25 AM10:12

# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: _Ricardo Concepcion-Padilla_     ID Number: _Y16046_

List all other names by which you have been known: _____

_RICARDO CONCEPCION-PADILLA_

Current Institution: _~~XXXX~~ SANTA ROSA CORRECTIONAL INSTITUTION_

Address: _5850 EAST. MILTON Rd_

_MILTON, FLORIDA 32583_

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: _TIMOTHY ARMSTRONG_

    Official Position: _LT._

    Employed at: _JACKSON Corr. Inst._
    _5563 10th STREET_

    Mailing Address: _MALONE, FLORIDA 32445_

    _____

    ☒ Sued in Individual Capacity          ☐ Sued in Official Capacity

2. Defendant's Name: _RUBEN MORILLO_

   Official Position: _SGT._

   Employed at: _JACKSON C-I_

   Mailing Address: _5563 10th ST._

   _MALONE, FLORIDA 32445_

   ☑ Sued in Individual Capacity     ☐ Sued in Official Capacity

3. Defendant's Name: _SYLVESTER_

   Official Position: _OFFICER_

   Employed at: _JACKSON C-I_

   Mailing Address: _5563 10TH ST._

   _MALONE, FLORIDA 32445_

   ☑ Sued in Individual Capacity     ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by*

   *attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation

of any rights, privileges, or immunities secured by the Constitution" and federal

law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of*

*Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation

of certain constitutional rights.

Defendant name: Virginia Lockey

Official position: Centurion (APRN)

Employed at: Jackson Correctional Institute

Mailing address: 5563 10th St

Malone, Florida 32445

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

(1) On 11-28-23 I was sleeping in my cell inside of (E) Dormitory Room# 2101 At Jackson C Correctional Institution

(2) At Approximately 11:30 am Through 12:30pm LT. Armstrong, Sergeant Morice, officer Sylvester And Several John Does Approached my cell door

#3 LT. Armstrong Then opened my cell door Due To Being Broken For weeks And woked me up out of a sleep

#4. LT. Armstrong Then stated to me 'cuff-up' Get Down From your Bunk And Submit To Hand Restraints In which I Jumped out of the top Bunk to the Floor And placed my Hands Behind my Back For Restraint purposes

#5. As soon As I Jumped out of Bed To Submit To Restraints LT. Armstrong stated Directly to me 'Stop your Lawsuits or you Going to Die in Ama' (upon information And Belief) plaintiff Has an ongoing Lawsuit Against A Sergeant At Jackson CI. And As LT. Armstrong Said These words To me LT. Armstrong Dispersed (4) long Burst of pepper spray In my Face, eyes, And mouth, causing Pain, Burning Sensation That caused mucus To come out of my nose, Burning of eyes making it Difficult To See, Gagging Reflex my Larynx was Temporary Paralyse In which I Felt Disoriented Anxiety, And I Panicked Due To Loss of Air

(See) Hand Held camara

**Statement of Facts Continued** (*Page____of____*)

(6) SERGEANT ~~MORUDO~~ RUBEN MORILLO THEN CAME INSIDE MY CELL 'SLAMMED' ME TO THE GROUND CAUSING PAIN TO MY BACK

(7) WHILE IN PAIN ON THE GROUND SERGEANT RUBEN MORILLO STUCK HIS HAND DOWN MY PANTS FROM THE BACK AND INSERTED A FINGER IN MY ANUS CAUSING PAIN AND DISCOMFORT WHILE DIRECTLY STATING TO ME 'FAGGOT BITCH, STOP YOUR LAWSUITS' (upon information and belief) plaintiff HAD An ongoing Lawsuit On A SERGEANT AT Jackson Correctional Institution

(8) I WAS THEN PLACED IN HANDCUFF' BY An unknown OFFICER Spanish guy (John DOE) WHO IS SHORT AND WEARS A HAT IN WHICH HE KEPT ME ON THE GROUND ABOUT (2) Long minutes (upon information And Belief) SYLVESTER IS HIS name

(9) I DID NOT SAY nothing IN FEAR OF GETTING KICK OR ABUSE AGAIN

(10) I THEN FELT multiple HANDS GRABBING ME AND STOOD ME UP FROM THE GROUND 'I SCREAMED IN pain DUE TO MY BACK injury FROM BEING SLAMMED to THE GROUND BY MORILLO

(11) I WAS TAKEN OUTSIDE MY CELL IN WHICH I opened my EYES I SAW SERGEANT GODWIN IN WHICH HE TOLD LT. ARMSTRONG I Cant TOUCH HIM DUE TO COURT ORDER (upon information And Belief) SERGEANT GODWIN (Cannot TOUCH plaintiff DUE TO A pending Lawsuit Against Him By plaintiff

(12) I told Sergeant Godwin 'You know our deadline is Tommorow the 11/29/23 please make sure I get my legal work I just got my copies in opposition to your motion to dismiss in which Godwin stated they'll put it in your property

(3) Officer Causey then grabbed me and began escorting me to confinement for decontamination in which while headed to confinement officer Causey stated 'oh-shit' where is the camara operator

(4) Causey then stopped me and held me by center gate beaches awaiting camara operator (upon information and belief) camara operator must report at the crime scene not after inmate is moved to another scene

(5) As soon the camara operator arrived at center gate officer Causey began to move me towards inside of (H3) dormitory for decontammation procedure in which I rinsed the chemical agents and stated to the camara "ya did this cause I be filing lawsuits

(6) I then was escorted to see the nurse in which Jane Doe noted my virals and I told her about my injuries and assault in which she looked at me crazy

(17) on 11/29/23 I filed a sick-call about the sexual assault and placed it in Blackshears hands my psych counslor in which she delivered it to nurse (Chambers)

8

(18) On 11/29/23 Nurse Chambers came for a Sexual Assault Assessment in which I told her Sergeant Ruben Murillo inserted a finger in my anus causing pain and discomfort during a use of force in which I'am bleeding and when I use the toilet it burns when I take a dump and when I wipe theres blood on the tissue from my anus

(19) Nurse Chambers noted my injuries and I asked her when would I see the doctor so they can visually see my injuries (upon information and belief) FDC and Centurion Staff have a Requirement to Report as Mandatory Reporters because the longer staff wait to Report it the more difficult it is to obtain the evidence neccesary to assit in the investigation

(20) On 11/30/23 I saw Nurse Chambers and asked her why the doctor has not come seen me (upon information and belief) Nurse Chambers was passing out medication to (S3) inmates in (H3) wing she stated 'I did my job and passed it on

(21) On the morning of 12/8/23 I filed a Formal Grivance '303' alleging (PREA) due to the fact that no doctor, no APRN, medical provider for Centurion has came to visually see my injuries for the 11/29/23 Sexual Assault Assessment made by Nurse (Chambers) who work for Centurion

(22) On 12/8/23 Approximately 1PM I was taken to medical for 'PREA' Assessment

9

(23) In medical I was then interviewed By (OIE) Captain Brown In which I gave the same version of the attack By Ruben Morillo In which I was taken to see Nurse Chambers

(24) When I stepped inside medical room where nurse (Chambers) was she stated to Captain Brown 'I already did an Assessment of Concepcion-Padilla, Ric on 11/29/23 I did my job see Nurse Jane Doe

(25) Nurse Jane Doe then told me to sit in her chair So I can do your second Assessment on this sexual Assault

(26) I asked Jane Doe nurse Why? I never saw a Doctor or an APRN medical provider for the first Assessment It's been 9 days ago my injuries are gone 'I only feel pain and discomfort when I sit down All my evidence of injury are only noted on my First Assessment By nurse (Chambers) nurse came to visually inspect me or give me treatment there's nomore Blood coming out my anus (upon information and Belief) The longer the victim waits to report the attack the more difficult it is to obtain the evidence neccesary to assist in the investigation my First Assessment was on 11/29/23

(27) Nurse Jane Doe stated 'We were waiting on a PREA number From Security (upon information and Belief) FDC and Centurion Staff Have a Requirement to Report All mandatory 'Reporters' As soon as they hear of an Assault.

10

(28) Nurse Jane Doe called Virginia Lockey the APRN medical provider for Centurion in front of me in which Mrs. Lockey stated its been 9 days so theres no need for the meds or lab work to be done Jane Doe ask Lockey why you never saw him in which Lockey stated 'I forgot we had him as a plea'

(29) Plaintiff has filed several sick-calls for his back injury, chest pains, due to the continuing pain from the exposure of the chemical agents and sick-calls to see psychiatric due to his mental health being at state plaintiff is still suffering mentally and physically from the harm caused by Armstrong and Morillo

(30) On 12/11/23 I filed another sick-calls due to my back being in pain do to the slamming on the ground by Morillo and my arm hurt in pain after I sit for long periods of time

(31) On 12/12/23 I was seen for the first time for the 12/11/23 sick-call but as of date no mental health at Jackson C.I has came to counsel me about the trauma I faced on 11/28/23

(32) I filed another sick-call for my back pain in which on 12/27/23 (APRN) Lockey provided me a low bunk pass and schedule an X-ray test but stated I'm not looking at your arm 'thats out'

(33) On 12/26/23 Sergeant Morillo came to my cell door (H3110) And in spanish stated "Yo no quise laser eso' Translation ( I didnt

WANT TO DO THAT TO YOU") I HAD TO ON IT FOR LT.
IN WHICH I PLACED AN INFORMAL GRIEVANCE TO HAVE
THE AUDIO AND VIDEO HELD WHICH WAS (APPROVED)
LOG# 104-2401-0195

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States

have been violated. Be specific. If more than one claim is asserted, number each

separate claim and relate it to the facts alleged in Section IV. If more than one

Defendant is named, indicate which claim is presented against which Defendant.

(1) THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C §1983 TO REDRESS THE DEPRAVATION UNDER COLOR OF STATE LAW OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES, THIS COURT HAS JURISDICTION UNDER 28 U.S.C §1331 AND §1343 PLAINTIFF ALSO SEEKS DECLARATORY RELIEF PURSUANT TO U.S.C §2201, 2202, AND §2284 AND 18 U.S.C 3626 A's

(2) IN WHICH DEFENDANTS AS MENTION HEREIN THIS CIVIL SUIT ALL WORKING FOR JACKSON CORRECTIONAL INSTITUTION ON DUTY WHEN ACTING UNDER COLOR OF STATE LAW VIOLATED PLAINTIFFS RIGHTS SECURED BY THE 8th, AND 14th AMENDMENT TO THE UNITED STATES CONSTITUTION

CONTINUE ON Page 14

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal

arguments or cite to cases/ statutes. If requesting money damages *(either*

*actual or punitive damages)*, include the amount sought and explain the basis

for the claims.

(1) PLAINTIFF SEEKS COMPENSATORY DAMAGES AGAINST ALL DEFENDANTS HEREIN JOINTLY AND SEVERALLY IN THE AMOUNT OF $200,000.00

(2) PLAINTIFF SEEKS PUNITIVE DAMAGES AGAINST DEFENDANTS HEREIN JOINTLY AND SEVERALLY IN THE AMOUNT OF $199,098.00

(3) PLAINTIFF SEEKS NOMINAL DAMAGES JOINTLY AND SEVERALLY IN THE AMOUNT OF $1.00

(4) PLAINTIFF SEEKS RECOVERY OF ALL COST IN THIS SUIT

(5) ANY ADDITIONAL RELIEF INCLUDING 18 U.S.C 3626 (a)(1) A's

(6) PLAINTIFF RESPECTFULLY PRAYS THIS Honorable COURT FORGIVES ANY ERROR I COMMIT DURING THE PENDENCY OF THIS SUIT

13

(3) Lt. Armstrong and Sgt. Ruben Morillo used Excessive and unjustifiable force by pepper spraying plaintiff with four long burst of chemical agents slamming plaintiff to the ground and sexually Assaulting plaintiff without any penelogical Reasons and without any legal justification but for the very purpose of causing pain to inmate person an ongoing issue

(4) The application of force with a sexual assault was not neccesary to maintain Discipline and/or maintain order inside the prison setting but was applied maliciously and sadistically for the very purpose of causing harm

(5) Defendant Lt. Armstrong, Ruben Morillo and officer Sylvester conspired to violate the rights of plaintiff by acts designed to achieve a personal goal of animus based retaliation on plaintiff without any legal justification and carried out a retaliation intent and/or criminal purpose in violation of plaintiff 1st, 8th, and 14th Amendment

(6) Defendant Lt. Armstrong, Sgt. Ruben Morillo and officer Sylvester acted in concert by conspiring to commit an unlawful act and/or to commit a lawful act by unlawful means the principal element of which is an agreement between the parties to inflict the harm or injury upon another and an overt-act that resulted in damages in violation of plaintiffs 1st, 8th and 14th Amendment to the United States Constitution

(7) Defendants Lt. Armstrong, Sgt. Raben Morillo and officer Sylvester Herein All Agreed And Performed Acts That Demonstrated Agreement To Commit or Further one or more of the unlawful Acts described Herein/Above including the Direction And Coordination of unlawful Acts, Failing To Protect And/or intervene violating plaintiff 1st, 8th And 14th Amendment To the united states Constitution

(8) Virginia Lockey As mention Herein Failed To Act with Deliberate indifference By not Checking up on or Forgetting To Check plaintiff on a sexual Assault injury in violation of plaintiff 8th, And 14th Amendment To the united states Constitution

15

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.  You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☒ YES    ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: 10/15/2021    Case #: 5:21 CV167 TKW-MJF

   Court: (ND) PANAMA CITY DIVISION

   Reason: Voluntary Dismissal w/o prejudice

2. Date: 1/31/23    Case #: 5:22 CV 273 TKW MJF

   Court: (ND) Panama City Division

   Reason: Voluntary Dismissal w/o prejudice

3. Date: 12/2/2024    Case #: 5:23 CV 336 TKW-MJF

   Court: (ND) Panama City Division

   Reason: Dismissal w/o Prejudice For maliciousness And Abuse of the judicial process 28 U.S.C §1915(e)(e)(B)(i)

12/9/24

A#4 CASE: 5:24 cv 219 AW/MJF DATE: 2.24.24

CULT: (ND) Penama city Division

Region: south pending Dismissal 28-U.S.C §1915(e)(2)(B)

for failure state a claim

(B.) 3 CASE# 5:19 cv620 JUB-PRL    PARTIES: Atty Johnson et al

CULT: MIDDLE DIST (Georgia DIV)    Judge: John L BADALament.

DATE Filed: DUNTKNOW    DISMISSAL DATE: 3.23.2022

1. Region SETTLEMENT

#4 CASE# 5:23 CV59 TKW-MJF    Parties: Dylan Godwin

CULT: (ND) Panama City DN    Judge: TKW/MJF

DATE FILED 3.10.23    DISMISSAL DATE: 2/18/24

Region SETTLEMENT.

*See page 18*

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing

with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1. Case #: _5:23cv336_ *TKW-MJF* Parties: _Lt. ARMSTRONG et al_

   Court: _(NO) Panama City DIV_ Judge: _TKW/MJF_

   Date Filed: _12/18/23_ Dismissal Date (*if not pending*): _12/2/24_

   Reason: _Dismissal without prejudice under 28 U.S.C §1915(b)(e)(B)(i)_

2. Case #: _6:18 cv438 Orl-18T85_ Parties: _A. VARGAS_

   Court: _Middle Dist. (Orlando Div)_ Judge: _G. Kendal SHARP_

   Date Filed: _11.7.2018_ Dismissal Date (*if not pending*): _9.5.2019_

   Reason: _Settlement_

   *(If necessary, list additional cases on an attached page)* _See page 18_

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in

**state or federal court** either challenging your conviction or relating to

the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 6:18cv1438 Oci-18TBS  Parties: A. VARGAS

   Court: MIDDLE DIST (orlando)ON Judge: G. Kendal SHARP

   Date Filed: 11.7.2018 Dismissal Date (*if not pending*): 9.5.2019

   Reason: SETTLEMENT

2. Case #: 5.19cv620 JCB-PRL  Parties: Ang. Johnson et al
   OCa/a DIV
   Court: MIDDLE DIST oxford Judge: JOHN. L. BADALAMENTI

   Date Filed: DontKnow Dismissal Date (*if not pending*): 3.23.2002

   Reason: Settlement

3. Case #: 5:21 cu 167 TKW-MJF  Parties: SCOTT May et al

   Court: (NO) Panama City DIV Judge: TKW/MJF

   Date Filed: DontKnow Dismissal Date (*if not pending*): 10/15/21

   Reason: Dismissed w/o prejudice

4. Case #: 5:22cv 273 TKW-MJF  Parties: SGT. DAVIS

   Court: (NO) Panama City DIV Judge: TKW-MJF

   Date Filed: 1-6-22 Dismissal Date (*if not pending*): 1-31-23

   Reason: Dismiss w/o prejudice

5. Case #: 5:23 cv59 TKW-MJF  Parties: Dylan Goodwin

   Court: (NO) Panama City DIV Judge: TKW/MJF

   Date Filed: 3.10.23 Dismissal Date (*if not pending*): 2.18.24

   Reason: SETTLEMENT

6. Case #: _5:23cv 336 Tkw-mjf_  Parties: _Lt. Armstrong et al_

Court: _N.D/ Panama City Div_ Judge: _TKW/MJF_

Date Filed: _12/18/23_  Dismissal Date (*if not pending*): _12/2/24_

Reason: _Dismissed w/o prejudice 28 u.s.c §1915(e)(e)(B)(i)_

**(Attach additional pages as necessary to list all cases.)** _See Page 22_

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#7 CASE: 5:24 CV 219 AW-MJF PARTIES: PECTLUNG
COURT: (ND) PANAMA CITY DIVISION JUDGE: AW/MJF
DATE FILED 9-20-24      DISMISSAL DATE: Pending 12/19/24
REASONS: 28 U.S.C § 1915 (e)(2)(b) For Failure state a Claim

#8  CASE NO: 2:07 CV 271 FTM-36DNF PARTIES: Ricardo Padilla
COURT: MID Fla                        V.
DATE FILED: 2007 4-30-2007        SEC, DEPT of CORR.
DISMISSAL DATE: 2010 5-19-2010 JUDGE: FTM-DNF
REASONS: FEDERAL HABEAS CORPUS Denied

3.  I understand it is my obligation to timely notify the Clerk's Office if there
    is any change to my mailing address and that my failure to do so may result
    in a dismissal of the action.

Date:_____Plaintiff's Signature: _____

Printed Name of Plaintiff: _Ricardo Concepcion-Padrilla Y/6046_

Correctional Institution: _Santa Rosa Correctional Institution_

Address: _____5850 E. Milton Rd_

_____Milton, Florida 32583_

**I certify and declare, under penalty of perjury, that this complaint was
(*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in
the prison's mail system for mailing on the_____day of_____,20__.**

Signature of Incarcerated Plaintiff: _____

Ricardo Conceporon- Padilla Y16046
Santa Rosa Correctional Institution
5850 E. MILTON ROAD
MILTON, FLORIDA 32583



UNITED STATES DISTRICT
CLERK OF COURT
I. No PALAFOX ST
Pensacola, FLORIDA 325

PRIORITY MAIL
FROM A STATE
L INSTITUTION



SANTA ROSA CI CM

MAR 0 4 2025

FOR MAILING BY