United States District Court For
The Northern District of Florida
Panama City Division

Ricardo Concepcion-Padilla
Plaintiff
          Case No 5:25-cv-56 TKW/MJF
v.

Timothy Armstrong et al

## Motion Showing Cause

Comes now plaintiff, pro se and file this motion to show cause (see) Order Doc 10 in which plaintiff shows cause herein.

(1) Plaintiff is being held at Santa Rosa C.I in which officials are retaliating against him for filing grievances and lawsuit on D.O.C staff

(2) On 3-29-25 all my property was destroyed and case # with legal mail were taken, stored but never return (see) Exhibit A. In which on 4-3-25 was delivered to me this infraction was dismissed due to a witness statement made by inmate Petgrave Nathaniel during the investigation the witness signed an statement stating "it was his items on the floor taking all responsibility for this infraction also

(1)

IN THE STATEMENT "PETGRAVE STATED THAT OFFICERS WERE TRYING TO GET CONCEDOCTOR. PADILLA FOR HIS LAWSUITS AGAINST D.O.C."

(3) THE PROPERTY I(E) ALL LEGAL MATERIALS WERE DESTROYED AND ALL COURT ORDERS WENT MISSING "ALL ACTIVE LEGAL WORK" "A FEW OLD CASES WERE RETURN"

(4) I FILED SEVERAL GRIEVANCES PERTAINING TO MY LEGAL WORK TO NO AVAIL AS OF DATE.

(5) ON 4.17.25 I WAS PLACED ON STRIP AGAIN FOR A [9-27] INFRACTION THAT MY BUNKIE WAS RESPONSIBLE FOR INMATE "PETGRAVE" During the INFRACTION INVESTIGATION WROTE A WITNESS STATEMENT STATING THAT IT WAS HIM under the INFLUENCE AND NOT ME "Appeal Still pending"

(6) AS OF DATE MY LEGAL WORK IS MISSING. All my Active LEGAL WORK

(7) PLAINTIFF WITH ALL OF THIS GOING ON WENT UNDER DEPRESSION DUE TO OFFICIALS RETALIATION FOR Using the grievance procedure and Filing suits. (SEE) EXHIBIT C

(8) PLAINTIFF DID RECEIVE $100.00 ON MARCH 30th 2025 IN WHICH SEE (EXHIBIT A) MY PROPERTY WENT MISSING AFTER THIS INCIDENT. I had to buy Writing Paper, Pens, Envelopes, Stamps, Which D.O.C do not provide

(9) EXHIBIT D IS A APRIL 1 2025 through APRIL 30th 2025 BANK STATEMENT I Don't Have MARCH or May I will MISS DEADLINE IF I WAIT on D.O.C To provide THOSE ITEMS

(2)

10.) Plaintiff with all of this going on missed the deadline under stress, depression, mental problems.

11.) Plaintiff does not have any reason to manipulate your chamber in a stressful case in which he was sexually abuse by an official during a use of force that was illegal and with no justification.

12.) Plaintiff is being retaliated upon without cause!

13.) My mother was paying for my initial filing fee as she does my previous suits in your court sir. She was in the hospital and missed it. But the $13.50 is paid in full as of date.

14.) Plaintiff did file a motion for appointment of counsel due to the seriousness of my retaliations against me.

15.) I am scared, I live in a constant warfare awaiting daily retaliations due to my suits in your court sir. (See) Exhibit C. Prior withdrawal of suit.

(3)

16) Plaintiff is pro se battling D.O.C and their corruption towards my rights at trial

17) I don't have any evil intentions I fight for my civil rights because is my right. People die for this. Its history

18) In my complaint DOC 7 "Page 13 Section VI. Relief Requested #6" Plaintiff respectfully prays this Honorable Court forgives any error I commit during the pendency of this suit.

19) Plaintiff is pro se I cant stop the forces coming I only can battle the outcome sir

20) I should be given one chance to continue with this case for its only eating my mental health as I continue daily with it. I want Judgment in your court to follow D.O.C wrong doing Sir

21) See Exhibit E

22) I respectfully submit this motion to show cause praying for a chance sir in your court

23) The facts shall follow out of all my litigation this is my first order I've missed I am not trying to hide any facts I had my mom trying to send the initial fee

(4)

(24) I NEVER stated "I NEVER RECEIVED money" as (Doc 10) page 3 stated. I was depending on my mother she always pays all my suits as far as initial Fees I never paid them myself, my canteen money is just for that (K) Stamps, envelopes, writing materials, that were destroyed things D.O.C does not provide me with. And items were destroyed when placed on property Restriction I had to Re-Buy all these utensils again for my work.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion to show cause has been mailed to the clerk of court by prison officials on May 15th 2025.

s/ [signature]

```
                    FLORIDA DEPARTMENT OF CORRECTIONS         04/02/2025
ISS0150 (01)          CHARGING DISCIPLINARY REPORT                          PAGE:       1
                           LOG # 119-251143
-------------------------------------------------------------------
DC#: Y16046    INMATE NAME: CONCEPCION-PADILLA, RICAR    INFRACTION
VIOLATION CODE: 0061   TITLE: DISOBEYING ORDER            DATE: 03/29/25
FACILITY CODE: 119     NAME: SANTA ROSA C.I.              TIME: 10:00
-------------------------------------------------------------------
```

I.  STATEMENT OF FACTS

   INMATE CONCEPCION-PADILLA, RICARDO DC# Y16046 IS BEING
   CHARGED WITH A VIOLATION OF FLORIDA ADMINISTRATIVE CODE
   CHAPTER 33-601.314 RULES OF PROHIBITED CONDUCT 6-1:
   DISOBEYING A WRITTEN OR VERBAL ORDER ANY ORDER GIVEN TO AN
   INMATE OR INMATES BY STAFF OR OTHER AUTHORIZED PERSON. ON
   MARCH 29, 2025, I WAS ASSIGNED TO SANTA ROSA CORRECTIONAL
   INSTITUTION MAIN UNIT 2ND SHIFT AS THE F-DORMITORY CLOSE
   MANAGEMENT HOUSING SERGEANT. AT APPROXIMATELY 10:00AM, I WAS
   PRESENT IN WING THREE OF F- DORMITORY CONDUCTING A CELL
   SEARCH OF F3116, WHICH HOUSES INMATE CONCEPCION-PADILLA,
   RICARDO DC#Y16046 WITH INMATE PETGRAVE, NATHANIEL DC#J70496,
   AND NOTICED THAT HIS ROOM WAS IN DISARRAY. INMATE
   CONCEPCION-PADILLA'S STATE ISSUED LINENS WERE ON THE FLOOR
   OF HIS CELL, AND INMATE CONCEPCION-PADILLA'S PROPERTY WAS
   OUTSIDE OF HIS ASSIGNED CELL'S LOCKER. THIS INCIDENT
   RESULTED IN INMATE CONCEPCION-PADILLA BEING PLACED ON
   PERSONAL AND STATE PROPERTY RESTRICTION, AND HIS PROPERTY
   BEING STORED IN ACCORDANCE WITH POLICY AND PROCEDURE. A COPY
   OF INMATE CONCEPCION-PADILLA'S NI1-046: CLOSE MANAGEMENT
   HOUSING INSTRUCTIONS IS ATTACHED TO THIS REPORT. INMATE
   CONCEPCION-PADILLA DISOBEYED CLOSE MANAGEMENT HOUSING
   INSTRUCTIONS RULE #9: MATTRESSES SHEETS, BLANKETS,
   PILLOWS/PILLOW CASES AND TOWELS WILL NOT BE PLACED ON THE
   FLOOR AT ANYTIME. INMATE CONCEPCION-PADILLA ALSO DISOBEYED
   RULE #14: ALL PROPERTY WILL BE STORED IN YOUR LOCKER OR
   OTHER APPROVED STORAGE LOCATION. ALL PERSONAL PROPERTY IN
   EXCESS OF WHAT CAN BE KEPT IN THE LOCKER MUST BE DISPOSED OF
   ACCORDING TO PROPERTY REGULATIONS. I NOTIFIED THE SHIFT
   SUPERVISOR, WHO THEN AUTHORIZED THIS REPORT. INMATE
   CONCEPCION-PADILLA WILL REMAIN IN HIS CURRENT HOUSING STATUS
   PENDING DISCIPLINARY TEAM ACTION.


   REPORT WRITTEN: 03/29/25, AT 10:20      BY: GTR20 - GOSS, R.T.
   ------------------------------------------------------------------

II. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 4/3/25, AT 1:07P

   NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
   EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
   NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
   33-601, FLORIDA ADMINISTRATIVE CODE.

           DELIVERED BY: _____

(Exhibit A)

```
                     FLORIDA DEPARTMENT OF CORRECTIONS          04/02/2025
ISSO150 (01)           CHARGING DISCIPLINARY REPORT                            PAGE:      2
                            LOG # 119-251143
-----------------------------------------------------------------------
DC#: Y16046    INMATE NAME: CONCEPCION-PADILLA, RICAR       INFRACTION
VIOLATION CODE:  0061    TITLE: DISOBEYING ORDER            DATE: 03/29/25
FACILITY CODE:   119     NAME:  SANTA ROSA C.I.             TIME: 10:00
-----------------------------------------------------------------------
```

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
-----------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
-----------------------------------------------------------------------

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
-----------------------------------------------------------------------

DISCIPLINARY HEARING:
THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED
BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING
BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL
APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU
WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF
THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY.
YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ
THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER
STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER
TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL
TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT
GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF,
PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE
BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A
DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND
THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU
WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.
-----------------------------------------------------------------------

APPEAL:
IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A
FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF
THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.
FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.

```
                    FLORIDA DEPARTMENT OF CORRECTIONS              04/21/2025
ISSO150 (01)           CHARGING DISCIPLINARY REPORT                              PAGE:    1
                            LOG # 119-251381
--------------------------------------------------------------------------------
DC#: Y16046   INMATE NAME: CONCEPTION-PADILLA, RICAR        INFRACTION
VIOLATION CODE: 0927   TITLE: UNAUTH USE OF DRUGS           DATE: 04/17/25
FACILITY CODE: 119     NAME: SANTA ROSA C.I.                TIME: 08:30
--------------------------------------------------------------------------------
```

I.  STATEMENT OF FACTS
    INMATE CONCEPTION-PADILLA, RICARDO DC#Y16046 IS BEING
    CHARGED WITH A VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES
    OF PROHIBITED CONDUCT: 9-27 USE OF UNAUTHORIZED DRUGS- AS
    EVIDENCED BY    POSITIVE RESULTS FROM URINALYSIS TEST OR BY
    OBSERVABLE BEHAVIOR. ON APRIL 17, 2025, I WAS ASSIGNED TO
    SANTA ROSA CORRECTIONAL INSTITUTION MAIN UNIT AS A CLOSE
    MANAGEMENT HOUSING SERGEANT IN F DORMITORY. AT APPROXIMATELY
    8:30AM I WAS CONDUCTING A SECURITY CHECK IN WING 3 OF
    FOXTROT DORMITORY WHEN I NOTICED THE STRONG ODOR OF SMOKE
    COMING FROM CELL F3116 WHICH HOUSES INMATES
    CONCEPTION-PADILLA DC#Y16046 AND INMATE PETGRAVE, NATHANIEL
    DC#J70496. I OBSERVED INMATE CONCEPCION-PIDILLA STANDING IN
    HIS CELL LEANED AGAINST THE WALL. HE WAS VERY UNSTEADY AND
    HAD RED GLASSY EYES. I ADDRESSED INMATE CONCEPCION AND HE
    ATTEMPTED TO COME TO THE CELL DOOR BUT STUMBLED, CATCHING
    HIS SELF BY GRABBING THE EDGE OF THE UPPER BUNK. HE
    WAS UNABLE TO SPEAK IN A COHERENT MANNER. DUE TO MY TRAINING
    AND EXPERIENCE, I FOUND INMATE CONCEPCION TO BE UNDER THE
    INFLUENCE OF AN UNKNOWN SUBSTANCE. THE SHIFT SUPERVISOR WAS
    NOTIFIED AND AUTHORIZED THIS REPORT. INMATE
    CONCEPCION-PADILLA WILL REMAIN IN HIS CURRENT STATUS PENDING
    DISCIPLINARY TEAM ACTION.

    REPORT WRITTEN: 04/17/25, AT 13:00        BY: BAK20 - BURNS, A.
--------------------------------------------------------------------------------
II. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 4/22/25 AT 10:14A

    NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
    EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
    NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
    33-601, FLORIDA ADMINISTRATIVE CODE.

            DELIVERED BY : _____

--------------------------------------------------------------------------------

    NOTICE TO INMATE:
    AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
    CONDUCT, YOU ARE ADVISED THE FOLLOWING:
--------------------------------------------------------------------------------

    INVESTIGATION:
    AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
    DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED

(EXHIBIT B)

```
ISSO150 (01)           FLORIDA DEPARTMENT OF CORRECTIONS        04/21/2025
                          CHARGING DISCIPLINARY REPORT                         PAGE:        2
                               LOG # 119-251381
----------------------------------------------------------------------
DC#: Y16046     INMATE NAME: CONCEPCION-PADILLA, RICAR     INFRACTION
VIOLATION CODE:  0927    TITLE: UNAUTH USE OF DRUGS        DATE: 04/17/25
FACILITY CODE:   119     NAME:  SANTA ROSA C.I.            TIME: 08:30
----------------------------------------------------------------------
```

OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
----------------------------------------------------------------------

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
----------------------------------------------------------------------

DISCIPLINARY HEARING:
THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED
BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING
BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL
APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU
WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF
THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY.
YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ
THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER
STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER
TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL
TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT
GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF,
PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE
BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A
DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND
THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU
WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.
----------------------------------------------------------------------

APPEAL:
IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A
FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF
THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.
FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.

EXHIBIT C

PROVIDED TO JACKSON CI
SEP 20 2021
FOR MAILING

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA "PANAMA CITY"
DIVISION

RICARDO CONCEPCION-PADILLA
            PLAINTIFF
V.
                                CASE NO: 5:21-CV-167-TKW-MJF
SCOTT MAY, et al.,
            DEFENDANT

MOTION FOR "CLARIFICATION" ON PLAINTIFF's
NOTICE OF VOLUNTARY DISMISSAL IN CASE NO:
5:21-CV-167-TKW-MJF

Comes now Plaintiff as shown above and respectfully pray this Court to view "Motion for Clarification" on Plaintiff's "Notice of Voluntary Dismissal in Case # Above" in dismissing it without Prejudice and the supporting facts are stated as follow:

#1. On 9.7.21 I Plaintiff submitted a "Request Form" to my classification officer in it I stated "I would like to know what the 'state classification' decision on my 'Protective Management' was and can you send me a "Special Withdraw Form" (See) Attached (Exhibit A) The 'Response' given was " You will remain in Confinement pending 'Close Management Review'

#2. The reason why I asked to Voluntary Dismiss my complaint without prejudice' was due to part the Defendant's' High Ranking officials are Discriminating

1

against me now due in part because I placed suit on them for "Failure to Protect" with deliberate indifference to my safety and since now I had the lawsuit now they denying me protection in fact has placed me on "Close Management Review" a 'status' for inmates causing problems

#3 I'am in fear of my life now than ever and I dont want no more Retaliation due to me excercising my constitutional right to redress over this issue (see)(Exhibit B) They have ran me out of your courthouse

#4. I dont know what to do now, Refile and continue Retaliation for seeking 'Safety' or go to 'Close Management' which Retaliation is worst.

#5. There are alot of 'conditions' now in this prison where now I'am afraid to file grievances due to their being "Abusing Authority" I have '2' Disciplinary Reports in '11' months now I file suit for safety and get a "Close management Review pending."

#6 I just filed a informal grievance due to 'no' hot water in our cells or showers The grievance came back "approved" stating we have 'hot water' which is a lie and have committed perjury with signature! Our food is spoil most of the time, Termites all over cells, spider's, ants, rats, bugs, our cell windows are packed with dust we breath in

2

#7. Dirty Laundry not Being Rightly washed

#8 Embezelment Going on

#9. And All Fidural Violations which written upon would shut the compound down

#10 Now my First Amendment Right Being Violated and I'am Afraid Of Me Getting Beat Again For Fighting For my Rights Which was won won per The civil war.

#11 They have scared me enough now to Dismiss my case I had pending in your court. And Thats Why I have ask To Dismiss without prejudice So that my courage can Be Built up again Because As of right now "I'am afraid" And if I go To "Close Managment" I will Definitley Be Abused By (Chemical Agents) And physical Abuse too.

#12 Since I'am Pro Se They are Abusing Their Authority And Do Not care About my Fidural Rights or your courthouse; And since they have placed Fear in me I withdrew praying For A Dismissal without prejudice until l Built Courage Again.

#13 It is So prayed To Dismiss Without Prejudice In order to File New Additional Constitutional Violation on its Face.

3

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion has been sent (via) postal service to Clerk of Court 1 N. Palafox St. Pensacola, Florida 32502 (via) prison officials who accepted this copy for ultimate mailing on September 20th 2021

s/ _(signature)_
Ricardo Concepcion-Padilla
# Y16046

4

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS              05/01/25
                                   TRUST FUND ACCOUNT STATEMENT                07:13:56
                                   FACILITY: 119 - SANTA ROSA C.I.             PAGE 1108
                                     FOR: 04/01/2025 - 04/30/2025

ACCT NAME: CONCEPCION-PADILLA, RI        ACCT#: Y16046
      BED: F3203L                        TYPE: INMATE TRUST
       PO BOX:

                                                                BEGINNING BALANCE 04/01/25      $69.04

        POSTED                    REFERENCE
        DATE   NBR   TYPE         NUMBER       FAC   REMITTER/PAYEE        +/-   AMOUNT     BALANCE
        -----  ---   ----------   ----------   ---   --------------        ---   ------     -------
        04/08/25 027 CANTEEN SALES 11920250407 000                           -   $29.57     $39.47
        04/14/25 145 PROCESSING FEE WEEKLY DRAW 000                          -    $0.30     $39.17
        04/15/25 027 CANTEEN SALES 11920250414 000                           -   $26.91     $12.26
        04/21/25 143 PROCESSING FEE WEEKLY DRAW 000                          -    $0.27     $11.99
        04/22/25 027 CANTEEN SALES 11920250421 000                           -   $11.45      $0.54
        04/28/25 143 PROCESSING FEE WEEKLY DRAW 000                          -    $0.00      $0.54
                     LIEN CREATED  - 04/28/2025  20250428

                                                                ENDING BALANCE 04/30/25        $0.54

LIEN                                     LIEN     AMOUNT       AMOUNT
DATE     TYPE OF LIEN                    FACL     OF LIEN      STILL OWED
-------  ------------------------------  ----     -------      ----------
SUMMARY  FEDERAL PRISON LITIGATION                $350.00      $300.00
04/28/25 PROCESSING FEE                  000      $0.11        $0.11
```

EXHIBIT D



# JAMES V. COOK
ATTORNEY-AT-LAW

REPLY TO: POST OFFICE BOX 10021　　　　　　　　　　　　　　　　　　　　(850) 222-8080
TALLAHASSEE, FLORIDA 32302　　　　　　　　　　　　　　　　　　　　FAX: (850) 561-0836

November 25, 2024

Concepcion-Padilla, Ricardo, DC#Y16046
Santa Rosa Correctional Institution
5850 East Milton Rd.
Milton, Florida 32583-7914

Exhibit E

Dear Mr.: Concepcion-Padilla:

I received your letter postmarked November 19.

I understand that on October 31, 2024, you were placed in the cell with an inmate who had assaulted both of his prior cellmates and was supposed to be on disciplinary confinement and CM-1 status. Ofc. Thomas came to your cell to escort you to the DR hearing. He told you to cuff up but you asked him to cuff your Bunkie first because he had assaulted both his prior cellmates with a knife and you had already had words. You expressed concern that he might have a knife this time. Ofc. Thomas stated, "you a pussy. You snitching on him." You responded, "no sir. I am taking precautions for my life and safety." Ofc. Thomas said, "you refusing to cuff up." You argued that you wanted Ofc. Thomas to do his job. He replied, "I don't care what he did. You a pussy for even saying something. I want to see you get fucked up now. Cuff up." When you cuffed up, your cellmate jumped up and started stabbing you with a knife. This lasted for about eight minutes while Ofc. Thomas sprayed you with pepper spray more than your cellmate.

You also have a pending lawsuit 5:23-CV-336-TKW-MJF in which you were sexually assaulted and slammed to the floor causing a back injury and pepper sprayed and in relation to which you didn't get a disciplinary report. I will read that as time permits.

I see that you have an approved grievance. Good work. Because this happened within the last 30 days and because the video may not be saved, I will request that the video be preserved.

Enclosed, please find a medical release.

Enclosed, also find the communication with Warden Quinn.

Sincerely,

James V. Cook
Attorney-at-Law

Ricardo Concepcion-Padilla Y16046
Santa Rosa Correctional Institution
5850 E. Milton Road
Milton, Florida 32583

MAILED FROM PENSACOLA FL 325
CORRECTIONAL INSTITUTION
17 MAY 2025 AM 1



US POSTAGE ℠ PITNEY BOWES
ZIP 32583  $001.25⁰
02 7W
0008035890 MAY 15 2025

Clerk of Court
1 N. Palafox St
Pensacola, FL 32502

32502-562602

PROVIDED TO
SANTA ROSA CI ON
MAY 15 2025
FOR MAILING BY

MAY 20 2025